# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robert Forest Nelson, Jr.,                          Civil No. 13-279 (DWF/LIB)

               Plaintiff,

v.                                                    **ORDER**

Mark Greiner; Itasca County Sheriff's Office;
Mark D. Blanchard, Police Officer #234; and
City of Bovey Police Dept.,

               Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 18, 2013. (Doc. No. 45.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc. No. [45]) is **ADOPTED**.

2. Plaintiff's Motion for a Temporary Restraining Order & Preliminary Injunction (Doc. No. [31]) is **DENIED**, as set forth in Magistrate Judge Leo I. Brisbois's October 18, 2013 Report and Recommendation.

3. The City Defendants' Motion to Dismiss (Doc. No. [8]) is **GRANTED**, as set forth in Magistrate Judge Leo I. Brisbois's October 18, 2013 Report and Recommendation.

4. All of Plaintiff's claims against Defendants Mark D. Blanchard and the City of Bovey Police Department are **DISMISSED WITH PREJUDICE**.

Dated:  November 14, 2013         s/Donovan W. Frank
                                  DONOVAN W. FRANK
                                  United States District Judge