UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert Forest Nelson, Jr.,                               Civil No. 13-279 (DWF/LIB)

          Plaintiff,

v.                                           **ORDER ADOPTING REPORT
AND RECOMMENDATION**

Mark Greiner and Itasca County
Sheriff's Office,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated October 3, 2014. (Doc. No. 61.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

ORDER

1. Magistrate Judge Leo I. Brisbois's October 3, 2014 Report and Recommendation (Doc. No. [61]) is **ADOPTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. [53]) is **GRANTED**.

3. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 5, 2014        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge